DONALD BLEIER, Respondent, v. EDWARD K. KOEGLER, Respondent, and NICK FERNICOLA, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and Witmer, JJ.